# UNITED STATES DISTRICT COURT
### NORTHERN District of CALIFORNIA, OAKLAND DIVISION

| UNITED STATES OF AMERICA<br>V.<br>PEACHES CHANTE LABRUE | FILED<br>MAY 25 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND | COMMITMENT TO ANOTHER DISTRICT |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-07-70307-WDB | | 4-07-70307-WDB | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Other (specify)

charging a violation of   Title 18   U.S.C. § 287

**DISTRICT OF OFFENSE**
United States District Court, Eastern District of California, Fresno

**DESCRIPTION OF CHARGES:**
The defendant did knowingly submit a false claim to the Internal Revenue Service, an agency of the United States (2 Counts).

**CURRENT BOND STATUS:**

☒ Bail Fixed at $50,000 Unsecured Personal Recognizance (PR)
Bond shall be transferred to the District of Offense.

☒ Other (specify) On May 25, 2007, the defendant admitted her identity and waived her Identity/Removal Hearing in the District of Arrest.

**Representation:**   ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language:

### NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

IT IS HEREBY ORDERED THAT the defendant must report to the U.S. District Court, Eastern District of California, Fresno before the General Duty Magistrate on **Friday, June 8, 2007 at 1:30 p.m.**, and when summoned by that District, and to abide by further orders of that Court. The defendant's attorney, AFPD Joyce Leavitt, must find out the name of the General Duty Magistrate Judge before whom the defendant needs to appear and inform the defendant accordingly.

5-25-07
Date

United States Judge or Magistrate Judge   WAYNE D. BRAZIL

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

*cc: WDB's stats, Copy to Parties, Pretrial, Financial, Copy to Marshal, Chutuley to Marshal/ECF, recorded via*