USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the _____EASTERN_____ DISTRICT OF _____CALIFORNIA_____

FILED
2007 OCT -9 AM 11: 40

UNITED STATES OF AMERICA

V.

PEACHES CHANTE LaBLUE

CRIMINAL NUMBER:

CR07-00637  SBA

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, __Peaches Chante LaBlue__, defendant, have been informed that an (indictment) information (complaint) is pending against me in the above designated cause. I wish to plead __guilty__ to the offense charged, to consent to the disposition of the case in the __Northern__ District of __California__ in which I, __have been released on bond__, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: __9/18__ 2007 at _____

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
Assistant United States Attorney for the
__Eastern__ District of
__California__

_____
Special Assistant United States Attorney for the
__Northern__ District of
__California__



U.S. DEPARTMENT OF JUSTICE

United States Attorney
Eastern District of California

McGregor W. Scott
United States Attorney

2500 Tulare Street, Suite 4401
Fresno, CA 93721

Phone   559/497-4000
Fax     559/497-4099
TTD     559/497-4500

September 26, 2007

Bryan R. Whitaker
Special Assistant United States Attorney
United States Attorney's Office
1301 Clay Street, Suite 340S
Oakland, CA 94612

Re:  United States v. Peaches Chante LaBlue
     1:07CR153 LJO

Dear Mr. Whitaker:

Pursuant to our agreement regarding the above-captioned case, please find enclosed a Consent to Transfer form executed in duplicate (copies for your files) by defendant. Also enclosed is a Rule 20 Transfer Notice form. Please sign both of these documents and file the originals with your clerk's office to initiate the transfer of this case to the Northern District of California.

Also enclosed please find a signed original Plea Agreement to be filed with the clerk's office in the Northern District of California.

If you have any questions, please do not hesitate to contact me.

Sincerely yours,

McGREGOR W. SCOTT
United States Attorney

By
STANLEY A. BOONE
Assistant U.S. Attorney

SAB:nm
Enclosures

Form No. USA-18
(Rev. 6-1-83)

# RULE 20--TRANSFER NOTICE

| TO: Bryan R. Whittaker, Special Assistant U.S. Attorney | DISTRICT ND/CA | DATE 9/26/07 |
|---|---|---|
| NAME OF SUBJECT PEACHES CHANTE LaBLUE | STATUTE VIOLATED 18 U.S.C. §287 | FILE DATA (Initials and Number) 1:07CR153 LJO |

## PART A--DISTRICT OF ARREST

[ ] The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

[ ] Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two verified copies thereof.

[X] Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.    Docket No. 1:07CR153 LJO

[ ] Other (Specify):

[ ] The above-named defendant entered a plea of guilty under Rule 20.

DATE OF PLEA          DATE OF SENTENCE          SENTENCE

| FROM (Signature and Title) Stanley A. Boone Assistant U.S. Attorney | ADDRESS 2500 Tulare Street, Ste. 4401 Fresno, CA 93721 |
|---|---|

## PART B--DISTRICT OF OFFENSE

[X] I am agreeable to Rule 20 disposition.

[ ] I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____ on _____ at _____ o'clock.

(Kindly notify me of any anticipated delay.)

[ ] Enclosed are two certified copies of indictment or information. Docket No. _____

[ ] Please have defendant execute waiver of indictment.

[ ] Other (Specify):

| SIGNATURE (Name and Title) Bryan R. Whittaker S.A.U.S.A | DISTRICT ND/CA | DATE 9/28/07 |
|---|---|---|

See United States Attorneys Manual, Title 2, pp. 11-16.2 and United States Attorneys Bulletin (Appendix) Vol. 9, No. 20, October 6, 1961, for an explanation of procedures under Rules 7 and 20, Federal Rules of Criminal procedure. See also Title 4, p.44.1, United States Attorneys Manual.

Computer generated 7/00

AO 257 (Rev. 10/95)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

By: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

Name of District Court, and/or Judge Magistrate Location (city)
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO, CALIFORNIA**

**OFFENSE CHARGED**
False Claims & Aiding and Abetting

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**DEFENDANT -- U.S. vs.**
PEACHES CHANTE LaBLUE --

Address

1: 07 CR 00153 LJO

Birth Date _____
☐ Male  ☐ Alien
☐ Female  (if applicable)
(Optional unless a juvenile)

Place of Offense
FRESNO COUNTY

U.S.C. Citation
18 U.S.C. §§ 287 & 2

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
IRS / MIRAMONTES & QUIRATE

☐ this person is awaiting trial in another Federal or State Court, give name of court.

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
1:07mj125 DLB

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding
   if not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Released from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?
☐ Yes
☐ No
If "Yes" give date

DATE OF ARREST ► Mo. ___ Day ___ Year ___

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ► Mo. ___ Day ___ Year ___

Name and Office of Person Furnishing information on
THIS FORM: NORA A. McBRIDE
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y: STANLEY A. BOONE

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PENALTIES: 5 YEARS AND/OR $250,000 FINE; DEFENDANT ARRESTED IN ND/CA - TRANSFERRED TO ED/CA
NEXT COURT DATE: 6/8/07 @ 1:30 p.m.

## PENALTY SLIP

**DEFENDANT:** PEACHES CHANTE LaBLUE

**VIOLATIONS:** 18 U.S.C. §§ 287 and 2 - Making or Presenting a False, Fictitious Claim Against the United States and Aiding and Abetting

**PENALTIES:** 5 years and/or $250,000

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*
*Criminal Division*

FILED
JUN 0 7 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

## THE UNITED STATES OF AMERICA
vs.
### PEACHES CHANTE LaBLUE

### I N D I C T M E N T
VIOLATION(S):   1: 07CR00153 LJO

18 U.S.C. §§ 287 and 2 - Making or Presenting a False, Fictitious Claim Against the United States and Aiding and Abetting

*A true bill,*

/S/
_____
Foreman.

Filed in open court this _____7th_____ day

of ____June____, A.D. 20_07___

_____
Clerk.

Bail, $ *Remain As Set*

_____

GPO 863 525

1  MCGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   MARK E. CULLERS
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000



6
7
8              IN THE UNITED STATES DISTRICT COURT FOR THE
9                     EASTERN DISTRICT OF CALIFORNIA
                                          1:  07CR00153 LJO
10
11 UNITED STATES OF AMERICA,       )   CR. NO.
                                   )
12              Plaintiff,         )   VIOLATIONS: 18 U.S.C. §§ 287
                                   )   and 2 - False Claims and
13       v.                        )   Aiding and Abetting (Two
                                   )   Counts)
14                                 )
   PEACHES CHANTE LaBLUE,          )
15                                 )
                                   )
16                                 )
                Defendant.         )
17 _____ )

18                        I N D I C T M E N T
19 COUNT ONE:    [18 U.S.C. §§ 287 and 2 - False Claims and Aiding
20               and Abetting]

21      The Grand Jury charges:

22                    PEACHES CHANTE LaBLUE,

23 defendant herein, as follows:

24      I.   INTRODUCTION

25      1.   Earned Income Credit "EIC" is a tax credit for certain

26 lower income taxpayers who work and earn under a certain designated

27 amount of income.  The intent behind earned income credit is to

28                                 1

give lower income taxpayers with families a refundable credit and is intended to offset the impact of Social Security taxes paid by low-income workers and encourage low-income persons to seek work rather than government assistance. To qualify for the credit, one must work and earn income, which can be either wages earned or income derived from an individual's business. The amount of the credit and the resulting refund varies with the taxpayer's income amount, the number of dependents claimed on the tax return, and the filing status used. As the earned income increases, so does the EIC until it peaks and then diminishes as earned income continues to increase. In order to maximize the amount of EIC, one must be single, "Head of Household" ("HOH") or married filing joint status, have at least two qualifying children or dependents, and have earned income of approximately $12,000.

2.   After a taxpayer has filed a tax return electronically, and is entitled to a refund, a taxpayer is eligible for a Refund Anticipation Loan "RAL", which allows for a taxpayer to borrow from a financial institution on the tax refund due and owing to them by the Internal Revenue Service. The financial institution bank providing the loan check (RAL) to the claimant does a quick credit check and if the IRS accepts the electronically filed tax return, the bank issues a loan check (RAL) (less fees and short term interest) usually that same day or the next day. The tax return is "accepted" by the IRS if the filer's name and Social Security Number (SSN) matches on the tax return, the dependant names and SSN match, and the employer name and Employer Identification Number (EIN) match. There is no determination made by the IRS as to the

accuracy of the return, the wage amounts, or employer information at this point. When the claimant receives the RAL check within about one day of the tax return being accepted, the bank takes the risk of waiting for the IRS to process the tax return (about 2-4 weeks). After the IRS processes the tax return, the financial institution receives the tax refund to satisfy the RAL check. If a taxpayer takes a RAL but then has their tax return held by the Internal Revenue Service for whatever reason, or is given less of a refund that the taxpayer anticipates and that amount is less than the amount of the RAL then the taxpayer is responsible to repay the remaining balance on the RAL. Therefore, if the taxpayer is entitled to no refund and receives a RAL, the taxpayer is responsible to pay the entire amount of the RAL. The financial institution used in the RAL programs are federally insured institutions within the meaning of Title 18, United States Code, Section 20.

    3.    If the individual filing the electronic tax return does not qualify by the financial institution for the instant tax refund or RAL, the individual is placed into a waiting category, usually for about 2-4 weeks, to then obtain a bank "Refund Anticipation Check" (RAC). The RAC is a bank check, handed to the individual by the tax preparation office, issued by the bank once the bank receives the tax refund amount from the IRS. These checks are generally printed by the tax preparation office. There are processing fees for this RAC but no loan interest is charged as in a RAL. The person can also have the tax refund check sent directly to the person's home or bank account.

4. At all relevant times herein, the tax returns filed by the defendant were filed in Fresno, California, State and Eastern District of California.

5. At all relevant times herein, the Internal Revenue Service is an agency of the United States.

II. **MANNER AND MEANS OF FILING FALSE CLAIM/SCHEME TO DEFRAUD**

6. During the above-described time period, the defendant executed the filing of a false claim/scheme and artifice to defraud by the following manner and means:

7. The defendant acquired a false W-2 which listed her true name and social security number and an address for her. The W-2 was false in that the defendant was not employed during the pertinent taxable year for the employer listed on the W-2 and did not earn the wages listed from that employer. The defendant knew the W-2 was materially false and fraudulent because the defendant was not employed by the employer listed in the W-2 nor did she make the wages listed on the W-2.

8. The defendant then took this false and fraudulent W-2 to a tax preparation business in order to file a tax return for the pertinent tax year. The return was then filed by the defendant and was filed electronically. The electronic return was filed with the Internal Revenue Service's Fresno Service Center.

9. On the date that the defendant electronically filed her/his tax return, the defendant also applied for a Refund Anticipation Loan from HSBC, a federal insured institution.

III. **FALSE CLAIM**

10. On or about March 7, 2005, in the State and Eastern

4

1 | District of California, made and presented a claim to a department
2 | and agency of the United States knowing such claim to be false,
3 | fictitious and fraudulent, that is, the defendant presented and
4 | caused to be presented to the United States Internal Revenue
5 | Service a false tax return for the tax year 2004, which return
6 | requested a refund in the approximate amount of $3,230, which the
7 | defendant then and there knew was false, fictitious and fraudulent
8 | in that the defendant was not eligible to receive such refund
9 | because the tax payer did not qualify for said credit in said
10 | amount, all in violation of Title 18, United States Code, Sections
11 | 287 and 2.

COUNT TWO:    [18 U.S.C. §§ 287 and 2 - False Claims and Aiding and Abetting]

The Grand Jury further charges:

PEACHES CHANTE LaBLUE,

defendant herein, as follows:

11. Paragraphs 1 through 10, inclusive of Count One, are fully incorporated by reference as though fully set forth herein.

12. On or about January 27, 2007, in the State and Eastern District of California, made and presented a claim to a department and agency of the United States knowing such claim to be false, fictitious and fraudulent, that is, the defendant presented and caused to be presented to the United States Internal Revenue Service a false tax return for the tax year 2006, which return requested a refund in the approximate amount of $4,773, which the defendant then and there knew was false, fictitious and fraudulent in that the defendant was not eligible to receive such refund

5

1 because the tax payer did not qualify
2 for said credit in said amount, all in violation of Title 18,
3 United States Code, Sections 287 and 2.

A TRUE BILL.

/S/
FOREPERSON

MCGREGOR W. SCOTT
United States Attorney

By _____
MARK E. CULLERS
Assistant U.S. Attorney
Chief, Fresno Office

6