**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*Ronald V. Dellums Federal Building*  (510) 637-3680
*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*  *FAX:(510) 637-3724*

November 2, 2007

VIA HAND DELIVERY

Honorable Saundra B. Armstrong
United States District Judge
1301 Clay Street
Courtroom 3, 3rd Floor
Oakland, CA 94612

    Re:    <u>United States v. Peaches Chante LaBlue</u>,
              CR-07-00637-SBA

Dear Judge Armstrong:

    I have enclosed a copy of a proposed plea agreement in the above referenced matter. Currently, the defendant is scheduled for change of plea on Tuesday, November 6, 2007, at 11:00 a.m. Please let me know if you have any questions.

                                         Very truly yours,

                                         SCOTT N. SCHOOLS
                                         United States Attorney

                                         /S/
                By:  _____
                                         BRYAN R. WHITTAKER
                                         Special Assistant United States Attorney

cc: Joyce Leavitt, AFPD

Enclosure