UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 11/6/07

CR 07-00637SBA                JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**PEACHES CHANTE LABLUE**         Present (X) Not Present ( ) In Custody ( )
   **DEFENDANT(S)**

<u>BRYAN WHITTAKER</u>              <u>JOYCE LEAVITT</u>
U.S. ATTORNEY                 ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark       <u>STARR WILSON</u>
                                    Court Reporter

_____        _____
  Interpreter                     Probation Officer

**PROCEEDINGS**

<u>REASON FOR HEARING:</u>   <u>CHANGE OF PLEA - NOT HELD</u>

<u>RESULT OF HEARING:   DEFENDANT PLED GUILTY TO CT. 1 OF THE INDICTMENT BUT WAS UNABLE TO PLED GUILTY TO CT.2 OF THE INDICTMENT DUE TO HER HAVING HAD A SEIZURE AT THE TIME THE CHARGE TOOK PLACE AND SHE INDICATED THAT SHE DIDN'T KNOW WHAT SHE WAS DOING; COURT WITHDRAWS THE PLEA TO CT. 1</u>

JUDGMENT: _____

**PROCEEDINGS**

Case Continued to_____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
Case Continued to_____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:____ Days/weeks) at 8:30 a.m.
Case Continued to_____ for Judgment & Sentencing as to Count(s)_____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____ for Change of Plea @ 11:00 a.m.
cc: