SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

BRYAN R. WHITTAKER (TX 24047097)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: bryan.whittaker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00637 SBA |
|    Plaintiff, ) | |
| v. ) | MOTION TO TRANSFER UNDER RULE 20(c) and ORDER |
| PEACHES CHANTE LaBLUE, ) | |
|    Defendant. ) | |

     The United States hereby moves the Court to transfer this case to the Eastern District of California–the district where the indictment is pending. Pursuant to Fed. R. Crim. P. 20, a case may be transferred from the district where the indictment is pending, to another judicial district if the defendant wishes to plead guilty and the United States attorneys in both districts approve the transfer. However, under Rule 20(c), when a defendant enters a plea of not guilty after the transfer, the case must be returned to the court where the prosecution began.

     In the present case, the defendant stated that she wished to plead guilty in the Northern District of California. Thus, on October 9, 2007, a Consent to Transfer of Case for Plea and Sentencing was filed by the United States attorneys from both the Eastern District of California and the Northern District of California. On November 6, 2007, the defendant appeared before

this Court for a change of plea hearing. The defendant pled guilty to Count One of the Indictment, but failed to plead guilty to Count Two. Appropriately, the Court declined to accept any plea of guilty from the defendant. Therefore, pursuant to Rule 20(c), the United States requests that the Court order the clerk to "return the papers to the court where the prosecution began," so that the court in the Eastern District can "restore the proceeding to its docket." Rule 20(c).

                                               Respectfully submitted,

                                               SCOTT N. SCHOOLS
                                               United States Attorney

DATED: November 13, 2007

                                             _____/s/_____
                                             BRYAN R. WHITTAKER
                                             Special Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## O R D E R

       For the foregoing reasons, the Court orders the clerk to return the records and papers associated with the above related matter to the Eastern District of California. The Court hereby finds that the defendant has entered a not guilty plea after the case was transferred under Rule 20. Therefore, pursuant to Rule 20(c), the case must be returned to the district where the Indictment is pending.

IT IS SO ORDERED.

DATED: December 24, 2007                            _____
                                            THE HONORABLE SAUNDRA B. ARMSTRONG
                                            United States District Judge