**UNITED STATES DISTRICT COURT**
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

RECEIVED
JAN 1 0 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

General Court Number
510.637.3530

Richard W. Wieking
Clerk

January 7, 2008

FILED
JAN 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

U.S. District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

Case Number: CR-07-637-SBA          EDCA #1:07CR153 LJO

Case Title:   US-v-Peaches Chante LaBlue

Dear Clerk:

    Pursuant to the Order transferring the above-captioned case to your Court, transmitted herewith are:

    (X)    Certified copy of the docket entries;

    (X)    Certified copy of the Transferral Order;

    Please acknowledge receipt of the above document on the copy of this letter.

Very truly yours,

RICHARD W. WIEKING, Clerk

by: Kelly Collins
Deputy Clerk

(enclosures)

cc: Copies to Counsel of Record
    Courtroom Deputy

o:\mrg\crim\r20.out                                                                 Rev 11/95